**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JEROME COLLIER**   **PETITIONER**

**v.**   **No. 2:05CV105-P-B**

**STATE OF MISSISSIPPI, ET AL.**   **RESPONDENTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 11, 2005, the court entered an order denying the petitioner's request to proceed *in forma pauperis* and requiring him to pay the filing fee within twenty days. The order cautioned the petitioner that failure to pay the filing fee would result in the dismissal of this case. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on July 31, 2005. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 11th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE